**Order entered May 24, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00305-CV

### IN THE INTEREST OF B.T.G., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-12707**

## ORDER

The Court has before it appellant's May 10, 2013 "motion challenging the order sustain [sic] contest to inability to pay" and the court reporter's May 17, 2013 response to that motion. The Court **GRANTS** the motion and **ORDERS** Gary Fitzsimmons, Dallas County District Clerk, and Francheska Duffey, official court reporter for the 330th Judicial District Court, to provide the clerk's and reporter's records for this appeal without requiring prepayment of costs. *See* TEX. R. APP. P. 20.1(j)(4). We **DIRECT** the Clerk of this Court to send copies of this order, by electronic transmission, to the following: Gary Fitzsimmons; Francheska Duffey; the Dallas County District Clerk, Civil Records Division; and counsel for all parties.

/s/    ELIZABETH LANG-MIERS
       JUSTICE